UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GARY CULVER,

        Plaintiff

v.

JAYAKRISHNAN NAIR; CHANELLE HOLLIS,

        Defendants.

Case No. 2:22-cv-00875-CDS-EJY

Order Striking
Motion for Reconsideration

(ECF No. 9)

    Pending before the Court is a motion for reconsideration filed *pro se* by Defendant Jayakrishnan Nair. ECF No. 9. On July 1, 2022, Attorney Amanda L. Ireland filed a notice of appearance on behalf of Mr. Nair. ECF No. 6. Accordingly, Nair is represented by counsel and therefore is not permitted to file documents *pro se*. *See* LR IA 11-6(a) ("Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."). Accordingly, the Court directs the Clerk of Court to strike the motion for reconsideration (ECF No. 9) because it is an improper, fugitive motion.

    IT IS THEREFORE ORDERED that the motion for reconsideration (ECF No. 9) is STRICKEN.

    IT IS SO ORDERED.

    DATED this July 18, 2022.

_____
Cristina D. Silva
United States District Judge